IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

   v.     Criminal Case No. 13-50101-001

CONNOR OSTERMAN                                                   DEFENDANT

## O R D E R

Now on this 11th day of December, 2013, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #16), to which all parties have waived the right to file objections, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, defendant's plea of guilty is accepted, and the written Plea Agreement is tentatively approved, subject to final approval at sentencing.

**IT IS SO ORDERED.**

  /s/ Jimm Larry Hendren
  **JIMM LARRY HENDREN**
  **UNITED STATES DISTRICT JUDGE**